UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REBEKAH GEE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-12429** |
| **DR. DOE W** | **SECTION: "H" (4)** |

### ORDER

Considering the miscellaneous action, **Complaint and Motion for Enforcement of Subpoena (R. Doc. 1)**, to ensure that all parties have been noticed properly, the Court will reset the submission date and directs the Plaintiffs provide proof of service against Defendant Dr. Doe W.

**Accordingly**,

**IT IS ORDERED** that Plaintiffs are to provide the Court Proof of Service, to be filed under seal, **no later than ten (10) days from the signing of this order**.

**IT IS FURTHER ORDERED** that the submission date of Plaintiffs' **Complaint and Motion for Enforcement of Subpoena (R. Doc. 1)** is hereby **RESET** to **Wednesday, October 2, 2019**.

New Orleans, Louisiana, this 19th day of September 2019.

**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**