UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REBEKAH GEE,** *in her official capacity as* **Secretary of Louisiana Department of Health,** **ET AL.**     CIVIL ACTION

**VERSUS**     NO: 19-12429

**DR. DOE W.**     SECTION: "H" (4)

## ORDER

Before the Court is **COMPLAINT AND MOTION FOR ENFORCEMENT OF SUBPOENA (R. Doc. 1)** filed by Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health; Jeff Landry, in his official capacity as Attorney General of Louisiana; and James E. Stewart Sr., in his official capacity as District Attorney for Caddo Parish, Louisiana ("Movants"), seeking an order from this Court to enforce compliance with a subpoena duces tecum directed to Non-Party, Dr. Doe W.[1]

Accordingly,

**IT IS ORDERED** that Movants' **COMPLAINT AND MOTION FOR ENFORCEMENT OF SUBPOENA (R. Doc. 1)** shall be heard **by oral argument** on **October 2, 2019, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 30th day of September 2019.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] This is a fictious name, as Dr. Doe W.'s identity, as a well-known abortion provider, is protected under seal.